UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FARM FAMILY LIFE INSURANCE COMPANY, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 16-cv-12415-IT |
| AMANDA HAACKE, | * * | |
| Defendant, | * * | |
| v. | * * | |
| MARTIN WEST, | * * | |
| Third-Party Defendant. | * | |

## ORDER

TALWANI, D.J.

After reviewing the Magistrate Judge's November 19, 2018 Report and Recommendation on Motion for Sanctions [#86], to which neither party has objected, this court hereby ACCEPTS and ADOPTS that Report and Recommendation. For the reasons set forth in the Report and Recommendation, this court hereby declines to dismiss Defendant/Third Party Plaintiff Amanda Haacke's claims against Third-Party Defendant Martin West or award attorney's fees and costs to West.

IT IS SO ORDERED.

Date: December 13, 2018            /s/ Indira Talwani
                                                          United States District Judge